UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2028
(1:24-cv-02365-MSN-IDD)
_____

JOHN DOE

    Plaintiff - Appellant

v.

KASH PATEL, Director of the Federal Bureau of Investigation, in his official capacity

    Defendant - Appellee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 03/02/2026

Any reply brief: 21 days from service of response brief.

                For the Court--By Direction

                /s/ Nwamaka Anowi, Clerk